UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10271-RWZ

SPARKLE HILL, INC., and WILLIAM WARMING,
*individually and as the representatives of a class
of similarly situated persons*

v.

INTERSTATE MAT CORPORATION

ORDER

March 4, 2014

ZOBEL, D.J.

　　Plaintiffs Sparkle Hill, Inc., and William Warming, individually and on behalf of a class of similarly situated persons, allege that defendant Interstate Mat Corporation violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, when, during a three-day period in May 2006, it faxed unsolicited advertisements to 8,416 persons across the East Coast.  Plaintiffs have moved for summary judgment (Docket # 37).  Defendant has opposed and cross-moved for summary judgment (Docket # 39).  Plaintiff now moves to strike the cross-motion as untimely or, in the alternative, requests twenty-one days to respond thereto (Docket # 41).  The motion to strike is DENIED.  Plaintiff may file an opposition of no more than ten pages by March 25, 2014.

　　　March 4, 2014　　　　　　　　　　　　　　　　/s/Rya W. Zobel


DATE                                                                RYA W. ZOBEL
                                                        UNITED STATES DISTRICT JUDGE